IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CHERYL A. PHIPPS, <br> Plaintiff | : <br> : <br> : |
| v. | :     CIV. NO. AMD 02-3342 |
| ALAN L. ROBIN, <br> Defendant | : <br> : |

...oOo...

## MEMORANDUM

Plaintiff Cheryl A. Phipps, apparently a stock broker and a citizen of Maryland, without alleging a basis for subject matter jurisdiction, has filed a petition to confirm an arbitration award pursuant to the Federal Arbitration Act, 9 U.S.C. § 9. Defendant, the claimant in the underlying arbitration proceeding, apparently is also a citizen of Maryland. Thus, there is an absence of diversity jurisdiction and no other basis for the exercise of this court's jurisdiction appears. Accordingly, this case shall be dismissed sua sponte without prejudice for lack of jurisdiction. *See Perpetual Secs., Inc. v. Tang*, 290 F.3d 132, 140 (2d Cir. 2002). An order follows.

Filed: October 17, 2002

ANDRE M. DAVIS
United States District Judge