IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHERYL A. PHIPPS,<br>Plaintiff | : | |
| v. | : | CIV. NO. AMD 02-3342 |
| ALAN L. ROBIN,<br>Defendant | : | |

...oOo...

## ORDER

For the reasons stated in the foregoing Memorandum, it is this 17th day of October, 2002, by the United States District Court for the District of Maryland, ORDERED

(1)   That this case is DISMISSED WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION; and it is further ORDERED

(2)   That the Clerk shall TRANSMIT a copy of this Order and the foregoing Memorandum to all counsel and CLOSE THIS CASE.

_____
ANDRE M. DAVIS
United States District Judge